STEVEN F. BUS, ESQ,
Nevada Bar #3041
Quail Corners South
611 Sierra Rose Drive
Reno, Nevada 89511
(775) 825-2700
Attorney for Plaintiff



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWAYNE ROY MILLER, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SYNTHES USA SALES, LLC, a Delaware ) <br> Limited Liability Company, DEPUY ) <br> SYNTHES SALES, INC., a Massachusetts ) <br> Corporation and DOES I-X inclusive, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 3:17-cv-00325-RCJ-VPC <br><br> ORDER <br><br> **JOINT CASE MANAGEMENT REPORT AND STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE** |

The above-named Plaintiff, DWAYNE ROY MILLER, by and through his undersigned

Counsel, STEVEN F. BUS, ESQ. of the Law Offices of Steven F. Bus, Ltd. and the above named

Defendant, who has appeared, DEPUY SYNTHES SALES, INC., by and through its

undersigned Counsel, TARA ZIMMERMAN, ESQ., of the Law Offices of Kaempfer Crowell,

hereby submit their Joint Case Management Report and Stipulation to Vacate the Case

Management Conference as follows:

At this time, there are no issues for the Court's consideration. The parties have completed the following discovery:

- DePuy served subpoenas for medical records on various medical providers on October 17, 2017. Since that time, DePuy has worked with various medical providers on obtaining the requested medical records;

- DePuy has continued reviewing Plaintiff's medical records and has identified additional medical providers upon whom DePuy is in the process of serving subpoenas for medical records;

- DePuy served its First Set of Requests for Production and Interrogatories on Plaintiff on October 20, 2017. Upon request by Plaintiff and stipulation of the Parties, Plaintiff's responses to DePuy's written discovery are due on or before December 8, 2017; and

- DePuy is finalizing a Protocol for Examinations of Explanted Components, which it will provide to Plaintiff upon completion.

Based on the foregoing, the Parties request that the Case Management Conference set for December 8, 2017 at 9:30 am be vacated.

DATED this 5th day of November, 2017.          DATED this 5th day of November, 2017.

/s/ Steven F. Bus                              /s/ Tara C. Zimmerman
STEVEN F. BUS, ESQ.                            TARA C. ZIMMERMAN, ESQ.
Nevada Bar No. 3041                            Nevada Bar No. 12146
611 Sierra Rose Drive                          Kaempfer Crowell

Reno, Nevada 89511  
(775) 825-2700  
*sfblaw@sbcglobal.net*  
Attorney for Plaintiff

50 West Liberty Street, Suite 700  
Reno, Nevada 89501  
(775)327-2011  
Attorney for Defendant

IT IS SO ORDERED.

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2017