KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
Tara C. Zimmerman, No. 12146
50 West Liberty St., Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax: (775) 327-2011
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com
Email: tzimmerman@kcnvlaw.com

Attorneys for Defendant DePuy Synthes Sales, Inc.

FILED / ENTERED
JAN - 8 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DWAYNE ROY MILLER, an individual

Plaintiff,

v.

SYNTHES USA SALES, LLC, a Delaware Limited Liability Company, DEPUY SYNTHES SALES, INC., a Massachusetts Corporation and DOES 1-X inclusive,

Defendants.

Case No. 3:17-cv-00325-RCJ-VPC

ORDER

**JOINT CASE MANAGEMENT REPORT AND STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE**

The above-named Plaintiff, DWAYNE ROY MILLER, by and through his undersigned Counsel, STEVEN F. BUS, ESQ. of the Law Offices of Steven F. Bus, Ltd. and the above named Defendant, who has appeared, DEPUY SYNTHES SALES, INC., by and through its undersigned Counsel, TARA ZIMMERMAN, ESQ., of the Law Offices of Kaempfer Crowell, hereby submit their Joint Case Management Report and Stipulation to Vacate the Case Management Conference as follows:

./././

./././

KAEMPFER CROWELL
50 West Liberty Street
Suite 700
Reno, Nevada 89501
2087651_1  17671.9
Page 1 of 3

At this time, there are no issues for the Court's consideration. The parties have completed the following discovery:

- DePuy served additional subpoenas for medical records on various medical providers on December 5, 2017. Since that time, DePuy has continued to work with Mr. Miller and with the various medical providers on obtaining the requested medical records;

- DePuy has continued reviewing Plaintiff's medical records and has identified additional medical providers upon whom DePuy is in the process of serving subpoenas for medical records;

- Mr. Miller served his responses to DePuy's First Set of Requests for Production and Interrogatories on December 15, 2017; and

- The parties are working together to finalize a Protocol for Examinations of Explanted Components, and examination will be coordinated thereafter.

Based on the foregoing, the Parties request that the Case Management Conference set for January 11, 2018 at 9:30 am be vacated.

DATED this 5th day of January, 2018.

LAW OFFICES OF STEVEN F. BUS, LTD.

By /s/ Steven F. Bus
   Steven F. Bus, No. 3041
   Quail Corners South
   611 Sierra Rise Drive
   Reno, Nevada 89511

Attorney for Plaintiff Dwayne Roy Miller

DATED this 5th day of January, 2018.

KAEMPFER CROWELL

By /s/ Tara C. Zimmerman
   Robert McCoy, No. 9121
   Joni A. Jamison, No. 11614
   Tara C. Zimmerman, No. 12146
   50 West Liberty Street, Suite 700
   Reno, Nevada 89501

Attorneys for Defendant DePuy Synthes Sales, Inc.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED January 8, 2018

KAEMPFER CROWELL
50 West Liberty Street
Suite 700
Reno, Nevada 89501

2087651_1 17671.9

Page 2 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: _____

KAEMPFER CROWELL
50 West Liberty Street
Suite 700
Reno, Nevada 89501

2087651_1  17671.9

Page 3 of 3