STEVEN F. BUS, ESQ.
Nevada Bar #3041
Quail Corners South
611 Sierra Rose Drive
Reno, Nevada 89511
(755)825-2700
Attorney for Plaintiff

✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

DWAYNE ROY MILLER, an individual

Plaintiff,

v.

SYNTHES USA SALES, LLC, a Delaware Limited Liability Company, DEPUY SYNTHES SALES, INC., a Massachusetts Corporation and DOES 1-X inclusive,

Defendants.

Case No. 3:17-cv-00325-RCJ-VPC

ORDER

**JOINT CASE MANAGEMENT REPORT AND STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE**

The parties submit the following Joint Case Management Report.

The Parties have completed the following discovery since the filing of the last Joint Case Management Report [Doc. 40]:

- DePuy has continued to work with Plaintiff's various medical providers on obtaining the requested medical records. To date, DePuy has served 57 subpoenas on medical providers, and is still awaiting responses on eight;

- DePuy has continued reviewing Plaintiff's medical records;

1     • On March 14, 2018, DePuy served on Plaintiff a supplemental disclosure

2       containing approximately 2,900 pages of medical records received from 18

3       different medical providers;

4     • DePuy has noticed Plaintiff's deposition for April 11, 2018;

5     • DePuy has also scheduled the deposition of Dr. Aaron Dickens for April 16,

6       2018, and is working on scheduling depositions of Dr. Christopher Dolan,[1]

7       Dr. Christina Bailey, and Plaintiff's other treating physicians for sometime on

8       or after April 19, 2018.

9     There are no issues for the Court's consideration, and the Parties agree that the

10 hearing scheduled for April 12, 2018 at 9:30 am can be vacated.

11 LAW OFFICES OF STEVEN F. BUS, LTD.     KAEMPFER CROWELL

12

13 By /s/ Steven F. Bus            By /s/ Tara C. Zimmerman
      Steven F. Bus, No. 3041          Robert McCoy, No. 9121
      Quail Corners South            Joni A. Jamison, No. 11614

14       611 Sierra Rise Drive           Tara C. Zimmerman, No. 12146
      Reno, Nevada 89511            50 West Liberty Street, Suite 700

15                                  Reno, Nevada 89501

16 Attorney for Plaintiff Dwayne Roy Miller     Attorneys for Defendant DePuy Synthes Sales, Inc.

17                                IT IS SO ORDERED:

18

19                                  UNITED STATES MAGISTRATE JUDGE

20                                DATED: _April 9, 2018_

21

22

23

24   [1] Dr. Dolan is on vacation until April 11, 2018, and so his office cannot provide deposition availability until after he returns; it is anticipated, however, that he may be available sometime the week of April 23, 2018.