STEVEN F. BUS, ESQ,
Nevada Bar #3041
Quail Corners South
611 Sierra Rose Drive
Reno, Nevada 89511
(775) 825-2700
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWAYNE ROY MILLER, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPUY SYNTHES SALES, INC., ) <br> a Massachusetts Corporation, et al, ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 3:17-cv-00325-RCJ-CBC <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The above-named Plaintiff, DWAYNE ROY MILLER, by and through his undersigned Counsel, STEVEN F. BUS, ESQ. of the Law Offices of Steven F. Bus, Ltd. and the above named Defendant, who has appeared, DEPUY SYNTHES SALES, INC., by and through its undersigned Counsel, JONI JAMISON, ESQ., of the Law Offices of Kaempfer Crowell, hereby submit their Stipulation and Order to Extend the Deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment from February 4, 2019 to February 18, 2019 due to a conflict in Plaintiff's Counsel schedule.

Based on the foregoing, the Parties request that the deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment be extended from February 4, 2019 to February 18, 2019.

DATED this 23ʳᴰ day of January, 2019.   DATED this 23ʳᴰ day of January, 2019.

/s/ Steven F. Bus
STEVEN F. BUS, ESQ.
Nevada Bar No. 3041
611 Sierra Rose Drive
Reno, Nevada 89511
(775) 825-2700
sfblaw@sbcglobal.net
Attorney for Plaintiff

/s/ Joni Jamison
JONI JAMISON, ESQ.
Nevada Bar No. 11614
Kaempfer Crowell
50 West Liberty Street, Suite 700
Reno, Nevada 89501
(775)327-2011
Attorney for Defendant

IT IS SO ORDERED.

_____
UNITED STATES            JUDGE

DATED: January 24, 2019