| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Joni A. Jamison, No. 11614 |
| | 50 West Liberty St., Suite 700 |
| 3 | Reno, Nevada  89501 |
| | Telephone:     (775) 852-3900 |
| 4 | Fax:                (775) 327-2011 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: jjamison@kcnvlaw.com |
| 6 | Attorneys for Defendant DePuy Synthes Sales, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWAYNE ROY MILLER, an individual<br><br>Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES SALES, INC., a Massachusetts Corporation, et al.,<br><br>Defendants. | Case No.  3:17-cv-00325-RCJ-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2299356_1  17671.9

Page 1 of 2

1   The parties stipulate that defendant DePuy Synthes Sales, Inc. shall have an
2   extension until March 15, 2019 to file and serve its Reply in Support of Motion for Summary
3   Judgment.

4   **DATED** this 4th day of March, 2019.

5   LAW OFFICES OF STEVEN F. BUS, LTD.                KAEMPFER CROWELL

6   By */s/ Steven F. Bus*                            By */s/ Joni A. Jamison*
       Steven F. Bus, No. 3041                            Robert McCoy, No. 9121
7      Quail Corners South                                Joni A. Jamison, No. 11614
       611 Sierra Rise Drive                              50 West Liberty Street, Suite 700
8      Reno, Nevada 89511                                 Reno, Nevada 89501

9   *Attorney for Plaintiff Dwayne Roy Miller*        *Attorneys for Defendant DePuy Synthes Sales, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 15, 2019

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2299356_1  17671.9

Page 2 of 2